**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **BRANDON SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **NO. 3:22-cv-00892** |
| ) | |
| **I&M, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The Plaintiff has filed a Stipulation of Dismissal (Doc. No. 12). Accordingly, this action

is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE